UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL HERRINGTON,

        Plaintiff,

vs.                                                       Case No. 05-72452
                                                          HON. GEORGE CARAM STEEH

MARY G. MACDOWELL,

        Defendant,

_____/

ORDER DENYING DEMAND FOR RECONSIDERATION (DOCUMENT # 7)

    Karl Herrington, acting *in pro per*, has filed his "Demand for Reconsideration of Dismissing Petitioner's Complaint for Failure to Show Cause (#3) as Presented [B]y Sworn Affidavit of Karl-Edward Herrington." On August 17, 2005, the court denied his petition for default judgment, contemporaneously dismissing Herrington's complaint in its entirety for failing to state a claim upon which relief could be granted, as required by an earlier order to show cause issued by the court.

    A court does not grant a motion for reconsideration if it presents only the same issues already ruled on by the court. E.D. Mich. LR 7.1(g)(3). Although his request is not easily understood, it does not appear that plaintiff is actually contesting the reasons stated in the court's previous order for dismissing the complaint. As the court remains persuaded that its decision to dismiss the complaint was correct, and plaintiff has not

demonstrated palpable defect in earlier proceedings, Herrington's "demand" is hereby DENIED.

IT IS SO ORDERED.

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: August 29, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on August 29, 2005, by electronic and/or ordinary mail.

S/Josephine Chaffee
Secretary/Deputy Clerk